United States Bankruptcy Court
Eastern District of Michigan Michigan - Southern Division at Flint

In re

  Theodore Van Worthington

        Debtor,

Theodore Van Worthington,

        Plaintiff,

    vs.

Autovest LLC, assignee of Fifth Third Bank,

        Defendant,

Mark J Van Epps p33068
attorney for Theodore Van Worthington,
318 N Water St, Owosso MI 48867
(989) 723-6777

Case No. 05-37305

chapter 7

Honorable Walter Shapero

Adversary No.06-

---

**Complaint to obtain return of garnisheed and other funds and attorney's fees purusant to 11 USC 522(h)**

---

Plaintiff, Theodore Van Worthington,, by and through counsel Mark J Van Epps p33068, hereby represents as follows:

1 The court has jurisdiction to hear this complaint pursuant to 28 USC 157(a), (b)(1), (b)(2)(F), (b)(2)(E), (b)(2)(A) (core proceedings), sec 1334(b) and 11 USC 522(h).

2 In addition, this is an adversary action as that term is defined in BR 7001(1).

3 Plaintiff is a debtor of defendant-creditor,  regarding certain loans made by creditor to debtor, which loan was collected by garnishments on a judgment.

4 Plaintiff and debtor filed papers in support of a chapter 7 petition and commenced the above case.

5 Defendant obtained a judgment against plaintiff prior to filing this case.

6 Defendant collected about $1808 since the judgment was obtained from plaintiff by way of garnishments or other court ordered collection techniques during the 90 day period prior to the bankruptcy being filed.

7 Plaintiff made a demand from defendant to return these funds.

8 Any garnishments made subsequent to the case being filed would be in violation of the automatic stay of 11 USC 362, defendant garnisheed funds from the wages of plaintiff.

9 11 USC 362 provides upon willful violation of the stay the defendant shall pay actual damages, including costs and attorneys' fees, and in appropriate circumstances, punitive damages.

10 Plaintiff's attorney has executed an agreement with plaintiff prior to the commencement of the chapter 7 case in which he would be paid $200 per hour.

11 Plaintiff's attorney estimates 5-10 hours of time to litigate this case or more.

12 Plaintiff seeks an

   a.   accounting of the funds garnisheed,

   b.   a return of this approximately $1808.

   c.   actual damages including attorney fees, and, if appropriate, punitive damages, and

   d.   actual costs.

                                    /s/ Mark Van Epps

Dated: 2/17/06                      Mark J Van Epps p33068, attorney for plaintiff