UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

Theodore Worthington            Case No. 06-03082
                                          Chapter 7 Bankruptcy
                 Debtor(s).
_____/

## **ANSWER TO COMPLAINT**

NOW COMES Defendant/Creditor Autovest L.L.C, by and through it attorney, Sheryl S. Zamplas, and for its Answer to Plaintiff/Debtor's Complaint states to this Court as follows:

1. Autovest L.L.C. neither admits nor denies the averment in Paragraph 1.

2. Autovest L.L.C neither admits nor denies the averment in Paragraph 2.

3. Autovest L.L.C admits the averment in Paragraph 3.

4. Autovest L.L.C admits the averment in Paragraph 4.

5. Autovest L.L.C admits the averment in Paragraph 5.

6. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006. A copy of the dates and amount of garnishment funds is attached as Exhibit A. A copy of the check is attached as Exhibit B.

7. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006.

8. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006.

9. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006.

10. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006.

11. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006.

12. Autovest L.L.C. mailed Debtor a check in the amount of $1,378.15 on April 5, 2006.

WHEREFORE Defendant/Creditor Autovest L.L.C. requests that this Court dismiss Plaintiff/Debtor's Complaint with prejudice.


Dated: April 5, 2006 /S/ Sheryl S. Zamplas
Sheryl S. Zamplas   P49728
Attorney for Creditor
Autovest L.L.C.
P.O. Box 2247
Southfield MI  48037-2247
248-359-2185