**Autovest L.L.C.**  
P.O. Box 2247  
Southfield, Michigan 48037-2247  
Phone: 248-359-2185   Fax: 248-359-2186

April 5, 2006

Mark Van Epps  
318 North Water Street  
Owosso, MI 48867

      RE:   Theodore Worthington  
               Chapter 7 Bankruptcy case #05-37305

Dear Mr. Epps:

Enclosed please find a check in the amount of $1,37815. This check represents the following garnishment amounts received by Autovest L.L.C.:

| Date | Amount |
|---|---|
| July 22, 2005 | $94.17 |
| August 5, 2005 | $109.54 |
| August 12, 2005 | $109.54 |
| August 19, 2005 | $105.92 |
| August 26, 2005 | $86.76 |
| September 2, 2005 | $105.92 |
| September 9, 2005 | $86.77 |
| September 19, 2005 | $105.92 |
| September 26, 2005 | $105.92 |
| September 30, 2005 | $105.92 |
| October 10, 2005 | $112.92 |
| October 14, 2005 | $107.00 |
| October 21, 2005 | $141.82 |

If you need any additional information please contact me.

Sincerely,

*[signature]*

Sheryl Zamplas  
Attorney