

**SERVICING SOLUTIONS LLC**
PH. 800-810-7000
26250 NORTHWESTERN HWY., SUITE 200
SOUTHFIELD, MI 48076

FRANKLIN BANK, N.A.
SOUTHFIELD, MI

74-7183/2724

025990

| DATE | CHECK NO. | CHECK AMOUNT |
|---|---|---|
| 04/04/06 | 025990 | $****1,378.15 |

*** ONE THOUSAND THREE HUNDRED SEVENTY EIGHT & 15/100

PAY TO THE ORDER OF

THEODORE WORTHINGTON
, MI 49017

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈025990⑈ ⑆272471836⑆ 005500395333⑈

VENDOR#  777710 THEODORE WORTHINGTON     BR:  77

| INVOICE NUMBER | INV DATE | DUE DATE | INVOICE AMT | DISCOUNT | AMOUNT PAID |
|---|---|---|---|---|---|
| 204794 WORTHINGT | 04/04/06 | 04/04/06 | 1,378.15 | .00 | 1,378.15 |

**SERVICING SOLUTIONS LLC**

025990

| 04/04/06 | 025990 | 1,378.15 | .00 | 1,378.15 |