United State Bankruptcy Court
Eastern District of Michigan
Southern Division - Flint

In re:

    Theodore & Christina Worthington,
        debtors.

Case No. 05-32539

Chapter 7
Hon. Walter Shapero

---

Theodore & Christina Worthington,
       plaintiffs,
vs.
Autovest LLC, Assignee of Fifth
 Third Bank,
       defendant.

Adversary No. 06-3082

---

Mark J. Van Epps   P33068
attorney for Theodore & Christina Worthington
318 North Water Street
Owosso, Michigan  48867
(989) 723-6777
Email: mvanepps@vaneppslaw.com

Sheryl S. Zamplas   P49728
attorney for Autovest L.L.C.
P.O. Box 2247
Southfield, Michigan  48037-2247
(248) 359-2185

---

### Notice of Dismissal of Adversary Action

    The parties stipulate to dismiss the above-captioned matter pursuant to BR 7041 and 41 Fed R Civ Procedure (a)(1)(ii).

Dated: 04/12/06

/s/ Mark J. Van Epps
Mark J. Van Epps, attorney for plaintiffs

Dated: 4/14/06

/s/Sheryl S. Zamplas
Sheryl S. Zamplas, attorney for defendant

RECEIVED APR 13 2006 By